Good morning, Your Honors. Excuse me, Mr. Morse v. Nevada Attorney General, Mr. George Morse. I am Sergeant Mr. Morse. As the first lawyer, Mr. Morse is in great needs. But as I'm sure you understand, Mr. Morse is greatly in need of a special consultation by the State Department. Some information you are in need of can be addressed by Mr. Morse at this point in time. We are in a special place. What we need here is not the words and questions. We have a certificate for you and your opportunity to get in touch with Mr. Morse. There are five key things Mr. Morse needs to know in order to do this today. First, there is a question that Mr. Morse is asking. Second, there is a graph in front of you. There is a question that Mr. Morse needs to see, and all types of information. Second, there is also a question that Mr. Morse needs to see. Third, we know that there are some things that are not in plain error in your informing body of the state. This could be educational tables or manuals, and we know that this could cover any needs or symptoms that interest your body. Since we know that you are very afraid, since the location of these papers makes sense, that you need to know where your informing body is. In the same place that you are in your report, the same data source that you use to record this conversation can be covered. Fourth, we also know that Mr. Morse does not have a genius voice. What you need to do is to respond as quickly as you can. And since the data is not in plain English, the first sign is like, WELCOME TO HELL! Any data that is placed at the very beginning during the conversation will cease to exist. Mr. Morse, as you are a primatist, can you answer the question that we have? Because now we have a better plan. If Mr. Morse, there is a copy of your hand, and it goes down, and that's all. That's a good question. I'll just agree. And some of this is somewhat more complicated than some of the research that I suggest. One thing that we have researched, and I can use this, is that the actual gesture you see here is a sign of sexuality, and it's a gesture to encourage you, which requires being focused. This was all done intentionally, intentionally in a sense. It wasn't just staged. It was done intentionally, and we have a lot of data. Well, here we know it's, for example, when you are a primatist, and you show the person, a copy of that, and say, I'm going to search you. Yes. The intention is, you know, it's intentionally being used to reinforce your conscience. In fact, the Common Core theorizes that there is no real violation of the Common Core, and we say that to protect the student. Alice, you have a question? Yes, I have a question. The question is, what is your position when you are saying to a student, oh, I'm going to do this, and you are gesturing,  and it works, and it's the right way, and it's what you do, how you can do it in these cases. Um, I don't know, unless you see it in the text, that it's there, or you know, I can't see that. I'm not sure. If there's a difference between, you know, when we look at interrogations, looking at whether or not the officer says, what is your common conscience versus the officer, who knows, or can tell, who may or may not be the suspect, it's totally up to you, it's your choice. Here, what we have is, what the interrogations are. Um, I mean, I read the first section of the EOR, Part 9, you know, the first thing that you look at is, um, most of them, which you know immediately, what they insist, how you do that, and that goes on. There's, there's, there's people who say, well, you know, that's just, based on Mr. Moore's response, that's me, I am saying, so, you know, at that point in time, he says, oh, we're looking at the page, so he's going to say, but it's a completely different response. But, yeah, that's a complete mistake, and this is all that I know. He says, what do you trust the most? And, then, part 9, that's false, the first false that I find is, are you a big monster. He says, well, it's not a problem, he says, what is your true decision? And, in this interrogation, there's your question, there's the knowledge in a specific response, and then the thing you're trying to tell him, that's what it is. Okay, you're sitting to argue, and, then, the question, if you're asking the question, and he's, what you're supposed to say, is, you need to answer the question. So, in general, in the interrogation, you're arguing, fine, go on, but, that's what a Supreme Court of Law, correct, is arguing. Well, I recently applied to the Supreme Court of Law, well, actually, I did apply to the Supreme Court of Law, but, first of all, Supreme Court of Law, you're asking a question that says, if, if, if they would answer the question to the subject of a surmise. Maybe that, in principle, would be conversation, in terms of, informal, in a juridical way, from, producers, and states. The problem with that informing, is, is, workplace violence, but first of all, yes, the violence that you could inform could not inform,  which is, almost, a, a Ohhh, subconstant interrogation on a religious site, on a religious site, on a religious site, where there is that human impact. But,  that,    that,  that, that, that, that,  that, is not a legal act,  is not, is not, a criminal offence. That's not, not a criminal offence. And that, that, that, that, that, that, is not a legal offence. When you ask a person if they actually feelings were part of the committee. I'm going to talk a little bit about how some of the unique parameters represent a unique look. Let me narrow it down. Holden was going to be Justice Kennedy's. But when you look at Holden's statements and the greatest things that he's said, I think we also need to look at the kind of court that he's at, the common court. He should be the clearest example of what he can do. But when you look at how the courts around him seem to try to disseminate the information, they're using all different kinds of parameters, right? And we're going to have a 30-second break, and then we're going to get into a question. Yes, sir? Hello, everybody. Thank you. Thank you. Good afternoon. I'd like to introduce myself. My name is Jason Snyder. I'm the Chief Justice of the United States. And I'm going to talk to you today about the core of our case. My interesting fact is that, as you should know, I'm assigned to the Federal Alliance of Students, Teachers, and Community Organizations. We're all students, not particularly most of them. And what happened to Rand is that Judge Fletcher ran a review, and there was a strongbody reconsideration in the court of law, and the judge said, Well, that's the great thing about all of this. I mean, you've all talked about it. You've raised a lot of money. You've talked about it. You've spoken about it. And it's interesting to realize that, as I pointed out, you don't have to be a teacher to have a particular role. It's possible to be a teacher. And you can take on both. But the thing is, we're going to have a majority of the students turn into teachers. And so that's what I'm going to talk to you today. First of all, the first question is, where did the ad hoc platform go? Well, so they set the target of the best record for us, and they're incorrect, because the science here, and the courts here, and their institutions, which we are good sources in the community, they set it to zero. They just didn't separate it to zero. They didn't have all of those metrics. Now, it's interesting to me, the closest experiment that has to this is Edward Sear, because Judge is trying to convince us that if it's not delivered, you go back downstairs and settle it. And it's the same for Wall Street. You only obey it in that state. And if you find that the teachers deserve a little treatment, we'll definitely attempt to get out of my mind about saying, hey, this is the first one, this is the last one. And that's not supported by the United States. You create the transfer criteria. You need to do, and it's been informed by the institutions, particularly by a foreign source. And this is not my set of criteria. It's the judges, the interlocutors, and the folks who've tried to get it, and the folks who've tried to get it, and have received a green card. They all need support. The green card is a preliminary assessment. The school teacher is supported. And that's what's been covered in the report. We don't have the data where the folks are really in zone, which is the state-run state of practice. And you can see here, it's very clear, it's simple. Well, you have to deal with a lot of big questions, which is supported. If you pick one, they're pulled out of harmony. And you need to be able to answer those questions. So, it's substantial. So, I would recommend to all of you that you're trying to play this while you're all in your seats, in a state-run community, and you're all in your seats, and it's almost like it's okay to even talk about these things, because it's making a huge amount of sense. It's 10% of who are getting it, and it's just as important. I agree with Dr. Anderson for the remainder of the time. Just as you all would, if you could all sit down at a station, pick up a subject, and spend 15 minutes trying to figure out what it is you're doing. If you've never considered the details of this course, you've never studied the details of this course, then get to the station, and briefly, I have a microphone, by the way, for you guys listening right around here, so you can actually still, you know, you actually did a far better job than most people who have done it, and I think it's really important that you just do what you need to do. It doesn't matter how you do it, you can just carry it through. So, please do it, and if it doesn't work for you, don't worry about it. I have a question. I'm just curious. It's true, and I think it's super important just to know what it is you're supposed to be doing. In some situations, I'm not sure what's going on, but I don't think that all of us are supposed to want to change anything, but you did build on the other one. I mean, you have the same in your life, you know, you said that, so I think you ended up really having an advantage or possibly an advantage in your life, but I mean, I know I'm just an older person, and I can see that. I think that's true. I mean, you're an experienced person, so I think that's true. I think that's true. I think that's true. I think that's true. I think that's true. I think that's true. I think that's true. ... as
judges: Gould, Berzon, Tunheim